UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC C. WOLF, | CIVIL NO. 08-4990 (PJS/JSM) |
| Plaintiff, | |
| v. | ORDER |
| JOYCE ANDERSON, H.S.A., LINDA BRANDT, P.A.-C, and C. MEAD, EMT. P. | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 4, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: 12/11/08

    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge